BELLE VENTERS v. STATE.

No. A-3068.   Opinion Filed November 20, 1918.

(175 Pac. 843.).

APPEAL AND ERROR—Voluntary Dismissal. Where one perfecting an appeal from a conviction, when the case was called for final submission, moved that it be dismissed, its dismissal would be ordered and the cause remanded.

*Appeal from County Court, Pittsburg County;*
*S. F. Brown, Judge.*

Belle Venters was convicted of a violation of the prohibition law, and she appeals. Appeal dismissed.

*W. N. Redwine,* for plaintiff in error.

*R. McMillan,* Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Belle Venters, was indicted in the district court of Pittsburg county for selling one pint of whisky to one Antifee Clark, which indictment was duly transferred to the county court of said county, and upon her trial she was convicted and the court sentenced her to pay a fine of $50 and be confined in the county jail for 30 days.

To reverse the judgment an appeal was perfected by filing in this court on July 7, 1917, petition in error with case-made.

When the case was called for final submission, counsel for plaintiff in error moved that the appeal be dismissed.

It is therefore ordered that the appeal herein be dismissed and the cause remanded to the trial court.